UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

                                NO. CIV. S-08-709 LKK/JFM

      Plaintiff,

  v.

                                O R D E R

CONTAINER USA, INC.,
Individually and d/b/a
CONTAINER USA, INC.;
PATRICK N. JOUGANATOS,

      Defendants.

_____/

    Pursuant to stipulation of the parties, this matter is REFERRED to the court's Voluntary Dispute Resolution Program (VDRP).

    IT IS SO ORDERED.

    DATED: June 5, 2008.

                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT